(102 So. 920)

William C. COLLINS, alias, etc., v. STATE. (4 Div. 70.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Geneva County; H. A. Pearce, Judge. Violating prohibition law.

FOSTER, J. Appeal dismissed.

(103 So. 923)

Claude COLLINS v. STATE. (8 Div. 304.) (Court of Appeals of Alabama. Feb. 17, 1925.) Appeal from Circuit Court, Madison County; Osceola Kyle, Judge.

BRICKEN, P. J. The offense charged by complaint against this appellant was a violation of the prohibition laws of the state. The complaint originally contained three counts, but upon motion of the solicitor a nol. pros. was ordered as to the third count. The jury returned a general verdict of guilty and assessed a fine, to which the court added three months' hard labor for the county. Judgment was entered accordingly, from which this appeal was taken. There is no bill of exceptions. The record proper, upon which the appeal is predicated, has been examined, and is without error. The proceedings appear regular in all respects; therefore the judgment of conviction appealed from is affirmed. Affirmed.

(104 So. 919)

Chris COLLINS v. STATE. (1 Div. 626.) (Court of Appeals of Alabama. April 21, 1925.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Violating prohibition law.

RICE, J. Appeal dismissed.

(104 So. 919)

Dewey COLLINS v. STATE. (3 Div. 488.) (Court of Appeals of Alabama. May 26, 1925.) Appeal from Circuit Court, Autauga County; George F. Smoot, Judge.

SAMFORD, J. Appeal dismissed.

(103 So. 923)

Alcus COMPTON v. STATE. (4 Div. 19.) (Court of Appeals of Alabama. April 21, 1925.) Appeal from Circuit Court, Covington County; W. L. Parks, Judge. Violating prohibition law.

RICE, J. Appeal dismissed on motion of appellant.

(102 So. 920)

Milton CONLEY v. STATE. (8 Div. 234.) (Court of Appeals of Alabama. Feb. 3, 1925.) Appeal from Circuit Court, Madison County; James E. Horton, Jr., Judge. Violating prohibition law.

SAMFORD, J. Affirmed.

(104 So. 919)

Frank CONNELL v. STATE. (7 Div. 87.) (Court of Appeals of Alabama. June 9, 1925.) Appeal from Circuit Court, Shelby County; E. S. Lyman, Judge. Distilling.

SAMFORD, J. Appeal dismissed.

(104 So. 919)

Fred COOK v. STATE. (4 Div. 44.) (Court of Appeals of Alabama. May 26, 1925.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge.

RICE, J. The defendant was convicted of the offense of assault with intent to murder, and brings this appeal on the record proper, without bill of exceptions. There being no error apparent, the judgment is affirmed.

(101 So. 923)

Grant COTTRELL v. STATE. (1 Div. 607.) (Court of Appeals of Alabama. Nov. 18, 1924.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Robbery.

FOSTER, J. The record is in all respects regular. There is no bill of exceptions. The judgment is affirmed.

(100 So. 924)

Cecil COURSON et al. v. STATE. (4 Div. 956.) (Court of Appeals of Alabama. June 17, 1924.) Appeal from Circuit Court, Covington County; W. L. Parks, Judge. Violating prohibition law.

SAMFORD, J. Affirmed.

(104 So. 920)

Tom COURSON v. STATE. (4 Div. 47.) (Court of Appeals of Alabama. April 21, 1925.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Violating prohibition law.

RICE, J. Appeal dismissed.